IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMBER DAWN FALEIDE, and AMEER FAHDIL ABDULLAH ALGHAZALI,<br><br>Plaintiffs,<br><br>vs.<br><br>USCIS NEBRASKA SERVICE CENTER, PAM BONDI, in her official capacity as Attorney General of the United States; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and ANGELICA ALFONSO-ROYALS, in her official capacity as Director of USCIS;<br><br>Defendants. | 4:25CV3157<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Plaintiffs Amber Dawn Faleide and Ameer Fahdil Abdullah Alghazali's Notice of Voluntary Dismissal Without Prejudice. (Filing No. 27.) Pursuant to the Notice of Dismissal filed by Plaintiffs,

**IT IS ORDERED** that this case is dismissed without prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 25th day of November, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge